UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                          )
QSL CORPORATION and CKQ                   )
DESIGNS, INC.,                            )    05 10854 JLT
                                          )
       Plaintiffs,                        )
                                          )
       v.                                 )    Civil Action No.
                                          )
DENNIS EAST INTERNATIONAL, INC.,          )
                                          )
       Defendant.                         )
                                          )
```

**PLAINTIFFS' CORPORATE DISCLOSURE**

Plaintiffs QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC. make the following corporate disclosure: they have no parent companies and no publicly held corporations own ten percent or more of their stock.

QSL CORPORATION d/b/a WAXCESSORIES

_____
John L. Welch, BBO No. 522,040
Ian J. McLoughlin, BBO No. 647,203
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
617/832-1000

Dated: April 27, 2005

B3026892.1

- 1 -