AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

QSL CORPORATION d/b/a WAXCESSORIES and
CKQ DESIGNS, INC.

v.

DENNIS EAST INTERNATIONAL, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10854 JLT

TO: DENNIS EAST INTERNATIONAL, INC.
317 Shad Hole Road
Dennisport, Massachusetts 02369

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John L. Welch and Ian J. McLoughlin
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

APR 27 2005
DATE

(BY) DEPUTY CLERK

7 9688

I hereby certify and return that today, May 2, 2005, at 11:40 AM, I served a true and attested copy of the within Summons together with a copy of the complaint in this action upon the within named Dennis East International Inc., by giving in hand to Robert Anderson Agent in Charge. Said service was effected at: Dennis East International Inc., 317 Shad Hole Road, Dennisport, MA 02369.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on May 2, 2005.

_Arthur Montgomery, Constable_
& Disinterested Person over Age 18.

Service & Travel: $225.00

**Butler and Witten**
Boston, MA
(617) 325-6455