FILED
UNITED STATES DISTRICT COURT CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

2005 NOV -1  ₚ 1: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| QSL CORPORATION and CKQ DESIGNS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-10854-JLT |
| DENNIS EAST INTERNATIONAL, INC., | ) ) | |
| Defendant. | ) ) ) | |

## CONSENT JUDGMENT AND PERMANENT INJUNCTION

WHEREAS, Plaintiffs QSL Corporation and CKQ Designs, Inc. brought this action against defendant Dennis East International, Inc., alleging that Defendant has infringed U.S. Design Patent No. 501,205, by making, using, selling, and/or offering for sale mobile phone holders and/or charging stands that embodying the invention of said patent.

WHEREAS, the parties to this action desire to resolve this action amicably and without the necessity of further litigation;

WHEREAS, the parties do hereby stipulate and agree that a final judgment and permanent injunction in this action be entered as follows; and

NOW, THEREFORE, IT IS HEREBY ADJUDGED AND DECREED AS FOLLOWS:

1.     This Court has jurisdiction over the subject matter of and the parties to this action.

2.      Defendant has infringed U.S. Design Patent No. 501,205 by making, using,

selling, and/or offering for sale in the United States items embodying the invention of U.S.

Design Patent No. 501,205, such items being depicted in Exhibit 1 attached hereto

3.      Defendant, and all those acting for or on its behalf, including but not limited to all

corporations affiliated with and that sell Defendant's products, are hereby permanently enjoined

from making, using, selling, and offering for sale any products as shown in Exhibit 1 and/or any

other items that embody the invention of U.S. Design Patent No. 501,205.

4.      Plaintiffs shall have judgment against the Defendant on the causes of action set

forth in the Plaintiffs' Complaint. Each party bears its own costs and attorneys' fees.

5.      No other or further relief is granted to any party.

WHEREFORE, the parties respectfully request that the Court enter Judgment and the

Permanent Injunction forthwith.

Consented to by:                                  Consented to by:

QSL CORPORATION                                   DENNIS EAST INTERNATIONAL,
and CKQ DESIGNS, INC.                             INC

John L. Welch, BBO No. 522040                     G. Arthur Hyland, Esq.
Foley Hoag LLP                                    Murphy and Murphy
155 Seaport Boulevard                             234 South Street
Boston, MA 02210                                  Hyannis, MA 02601
617-832-1000                                      508/775-3116


SO ORDERED THIS _____ DAY OF _____, 2005


_____
United States District Judge