UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 NOV -1  P 1:57

U.S. DISTRICT COURT
DISTRICT OF MASS.

QSL CORPORATION and
CKQ DESIGNS, INC.,

    Plaintiffs,

    v.

DENNIS EAST INTERNATIONAL, INC.,

    Defendant.

Civil Action No. 05-10854-JLT

## CONSENT JUDGMENT AND PERMANENT INJUNCTION

    WHEREAS, Plaintiffs QSL Corporation and CKQ Designs, Inc. brought this action against defendant Dennis East International, Inc., alleging that Defendant has infringed U.S. Design Patent No. 501,205, by making, using, selling, and/or offering for sale mobile phone holders and/or charging stands that embodying the invention of said patent.

    WHEREAS, the parties to this action desire to resolve this action amicably and without the necessity of further litigation;

    WHEREAS, the parties do hereby stipulate and agree that a final judgment and permanent injunction in this action be entered as follows; and

    NOW, THEREFORE, IT IS HEREBY ADJUDGED AND DECREED AS FOLLOWS:

    1.    This Court has jurisdiction over the subject matter of and the parties to this action.

2. Defendant has infringed U.S. Design Patent No. 501,205 by making, using, selling, and/or offering for sale in the United States items embodying the invention of U.S. Design Patent No. 501,205, such items being depicted in <u>Exhibit 1</u> attached hereto

3. Defendant, and all those acting for or on its behalf, including but not limited to all corporations affiliated with and that sell Defendant's products, are hereby permanently enjoined from making, using, selling, and offering for sale any products as shown in Exhibit 1 and/or any other items that embody the invention of U.S. Design Patent No. 501,205.

4. Plaintiffs shall have judgment against the Defendant on the causes of action set forth in the Plaintiffs' Complaint. Each party bears its own costs and attorneys' fees.

5. No other or further relief is granted to any party.

WHEREFORE, the parties respectfully request that the Court enter Judgment and the Permanent Injunction forthwith.

Consented to by:

QSL CORPORATION
and CKQ DESIGNS, INC.

_____
John L. Welch, BBO No. 522040
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
617-832-1000

Consented to by:

DENNIS EAST INTERNATIONAL, INC

_____
G. Arthur Hyland, Esq.
Murphy and Murphy
234 South Street
Hyannis, MA 02601
508/775-3116

SO ORDERED THIS 4TH DAY OF NOV, 2005

_____
United States District Judge

- 2 -